

# Fourth Court of Appeals
## San Antonio, Texas

June 28, 2019

No. 04-18-00553-CR

Nicole Patrice **SELECTMAN,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR9689
Honorable Lorina I. Rummel, Judge Presiding

# O R D E R

Appellant's Second Motion to Amend her Reply Brief is GRANTED.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of June, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court